UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENNIS D. COPELAND,

Defendant.

NO.   CR-06-2167-RHW

**ORDER ADDRESSING
PRETRIAL MOTIONS**

A pretrial conference was held in the above-captioned matter on March 27, 2007.  Defendant was present and represented by Blaine Connaughton; Assistant United States Attorney Aine Ahmed appeared on behalf of the Government. Before the Court were the Government's Motion for Discovery (Ct. Rec. 27) and Motion *in Limine* (Ct. Rec. 32) and Defendant's Motion for Bill of Particulars (Ct. Rec. 38) and Motion to Dismiss Case for Vindictive Prosecution (Ct. Rec. 43). The Court orally ruled on these motions, and this Order memorializes those oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The Government's Motion for Discovery (Ct. Rec. 27) is **GRANTED**.

2.  The Government's Motion *in Limine* (Ct. Rec. 32) is **RESERVED**.

3.  Defendant's Motion for Bill of Particulars (Ct. Rec. 38) is **DENIED**.

4.  Defendant's Motion to Dismiss Case for Vindictive Prosecution (Ct. Rec. 43) is **DENIED**.

5.  The Court reconsidered its decision regarding Defendant's Motion for

**ORDER ADDRESSING PRETRIAL MOTIONS** * 1

Discovery (Ct. Rec. 17) concerning the notes of Agent Denise Stone.  For the reasons stated on the record, the Government shall produce Agent Stone's notes to Defendant on or before **March 28, 2007**.

6.  The jury trial remains set on April 16, 2007, in Yakima, Washington. Counsel shall meet in chambers at 8:30 a.m.  Jury selection shall begin at 9:00 a.m. in this matter.  After the jury has been selected, it will be excused until the conclusion of the jury trial in the related matter, *United States v. Nelson*, Case Number CR-06-2166-RHW.

7.  Defendant shall file any and all further pretrial motions on or before **Friday, March 30, 2007**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 29th day of March, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\Copeland\ptc.ord.wpd

**ORDER ADDRESSING PRETRIAL MOTIONS** * 2